5-21-18

Philip B Sutton    Case 1:18 cv 01042-cm

My name is Philip B Sutton I writing to the Southern District Courts to inform you that my address has change I'm now at mid state Correctional Facility P.O. box 216 River, Rd Marcy NY 13403.

My legal mail was transfer From Downstate two weeks ago of the Above date I have recivied the Amened Complaint and will Full it out and Send it back to the Courts

Also I will be Sending you a copy of my Full copy of my Medical records.

Noted by Philip Sutton

Change of address

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-25-18

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: Philip Sutton   DIN: 18A1199

RECEIVED
2018 MAY 25 AM 9:09
CLERK'S OFFICE
S.D.N.Y.

Pro Se Clerk
US District Court Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl, Street - New York, NY 10007-1312
Legal Mail

Legal mail
Legal mail
Legal Mail

**NEW YORK STATE**
**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
**OFFENDER CORRESPONDENCE PROGRAM**

NAME: Philip Sutton   DIN: 18A1199

neopost 05/22/2018
US POSTAGE $000.470
ZIP 13403
041L11251108

Printed on Recycled Paper