UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
  PHILIP SUTTON,

                            Plaintiff,

v.

                                                <u>ORDER</u>

  OFFICER RODRIGUEZ, et al.,
                                                18-CV-01042 (PMH)

                            Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       On January 14, 2021, Defendants Dr. Gendell, Joon Parks, and Raul Ulloa moved to dismiss Plaintiff's Second Amended Complaint. (Doc. 83). On January 19, 2021, Defendants Captain Carden, L. Diaz, and Officer Rodriguez moved to dismiss Plaintiff's Second Amended Complaint. (Doc. 87). Pursuant to the Court's December 15, 2020 Order, Plaintiff's opposition to Defendants' motions to dismiss was due by February 22, 2021. (Doc. 82).

       To date, Plaintiff has not filed opposition to the motions or sought any extension of time to do so.

       The application filed by Defendants Dr. Gendell, Joon Parks, and Raul Ulloa to deem their motion as fully submitted (Doc. 91) is DENIED. The Court *sua sponte* extends Plaintiff's time to oppose the motions to dismiss to April 9, 2021. Defendants' replies, if any, are due April 23, 2021.

       **<u>If Plaintiff fails to file his opposition by April 9, 2021, the motions will be deemed fully submitted and unopposed. No further extensions of time will be granted.</u>**

       The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

SO-ORDERED:

Dated: White Plains, New York
       March 8, 2021

                                                                 _____
                                                                 Philip M. Halpern
                                                                 United States District Judge